**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Freddie Mora<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1958<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Gena M Mora<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0175<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   13–15419–ABA

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Freddie Mora                                      Gena M Mora

6/7/18                                            **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                  United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 13-15419-ABA
Freddie Mora                                                    Chapter 13
Gena M Mora
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin               Page 1 of 2        Date Rcvd: Jun 07, 2018
                             Form ID: 3180W            Total Noticed: 48
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2018.
```
db/jdb         +Freddie Mora,    Gena M Mora,    2228 Mistletoe Lane,    Millville, NJ 08332-3683
513763626       Cumberland County Superior Court,    Broad And Fayette,    Bridgeton, NJ 08302
513763627       Disney Vacation Club,    PO Box 470727,    Celebration, FL 34747-0727
513763628       Dynamic Recovery Solutions,    Po Box 25759,    Greenville, SC 29616-0759
513763629       Florida Hospital,    Po Box 538800,    Orlando, FL 32853-8800
513824795      +Wells Fargo Dealer Services, Inc.,    Morton & Craig, LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3125
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 07 2018 22:45:30     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 07 2018 22:45:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 22:45:03     Green Tree Servicing, LLC,
                 PO Box 6172,   Rapid City, SD 57709-6172
cr             +EDI: WFFC.COM Jun 08 2018 02:18:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
                 1451 Thomas Langston Road,    Winterville, NC 28590-8872
513763622      +EDI: CHASE.COM Jun 08 2018 02:18:00     Chase,   Po Box 15298,    Wilmington, DE 19850-5298
513763623      +EDI: CHASE.COM Jun 08 2018 02:18:00     Chase/Bank One Card Services,   Po Box 15298,
                 Wilmington, DE 19850-5298
513763624       EDI: WFNNB.COM Jun 08 2018 02:18:00     Comenity Bank/Fashion Bug,   Po Box 182789,
                 Columbus, OH 43218-2789
513763625       EDI: WFNNB.COM Jun 08 2018 02:18:00     Comenity Bank/Lane Bryant,   Po Box 182789,
                 Columbus, OH 43218-2789
517412395       E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 22:45:03
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
513763630      +E-mail/Text: fggbanko@fgny.com Jun 07 2018 22:44:47     Forster, Garbus And Garbus,
                 C/O Of Citibank,   7 Banta Place,    Hackensack, NJ 07601-5604
513763631       EDI: RMSC.COM Jun 08 2018 02:19:00     GECRB/Care Credit,    Po Box 981439,
                 El Paso, TX 79998-1439
513763632       EDI: RMSC.COM Jun 08 2018 02:19:00     GECRB/LOWES,   Po Box 965005,    Orlando, FL 32896-5005
513763633       EDI: RMSC.COM Jun 08 2018 02:19:00     GEMB/DSGI,   Po Box 965005,    Orlando, FL 32896-5005
513854123       E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 22:45:03     Green Tree Servicing LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154,    Telephone # 888-298-7785
514937400      +EDI: RMSC.COM Jun 08 2018 02:19:00     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
514937401      +EDI: RMSC.COM Jun 08 2018 02:19:00     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283,   Green Tree Servicing LLC,
                 7340 S. Kyrene Rd. Recovery Dept. T-120,    Tempe, AZ 85283-4573
513854124      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 22:45:03     Green Tree Servicing LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone 60055-0049
514524326      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 22:45:03     Green Tree Servicing, LLC,
                 PO BOX 0049,   Palatine, IL 60055-0049,    Telephone number 60055-0049
513763634       E-mail/Text: bankruptcy.bnc@ditech.com Jun 07 2018 22:45:03     Greentree,   PO Box 6172,
                 Rapid City, SD 57709-6172
513796171      +EDI: HFC.COM Jun 08 2018 02:18:00     HOUSEHOLD FINANCE CORPORATION III,
                 636 GRAND REGENCY BLVD.,   BRANDON, FL. 33510-3942
513763636      +EDI: HFC.COM Jun 08 2018 02:18:00     HSBC,   PO Box 9068,    Brandon, FL 33509-9068
513763635      +EDI: HFC.COM Jun 08 2018 02:18:00     HSBC,   PO Box 3425,    Buffalo, NY 14240-3425
513763637      +E-mail/Text: bankruptcy@huntington.com Jun 07 2018 22:45:26     Huntington National,
                 Po Box 1558, Dept EAW25,    Columbus, OH 43216-1558
513773131      +E-mail/Text: bankruptcy@huntington.com Jun 07 2018 22:45:26     Huntington National Bank,
                 P.O. Box 89424,   Cleveland, OH 44101-6424
513763638      +EDI: LTDFINANCIAL.COM Jun 08 2018 02:18:00     LTD Financial Services,    C/O Chase Bank,
                 7322 Southwest Freeway - Suite 1600,    Houston, TX 77074-2134
513763639      +E-mail/Text: egssupportservices@alorica.com Jun 07 2018 22:45:41     Nco Financial,
                 C/O TD Bank,   507 Prudential Rd,    Horsham, PA 19044-2308
513905515      +EDI: OPHSUBSID.COM Jun 08 2018 02:19:00     OAK HARBOR CAPITAL VII, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513763640      +EDI: RMSC.COM Jun 08 2018 02:19:00     Old Navy,   Po Box 965005,    Orlando, FL 32896-5005
514075187       EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,
                 c/o Care Credit Dental,   POB 41067,    Norfolk VA 23541
514070746       EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,
                 c/o Chase Bank Usa, N.a.,    POB 41067,   Norfolk VA 23541
514075017       EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,
                 c/o Dick’s Sporting Goods,    POB 41067,   Norfolk VA 23541
514075121       EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,   c/o Lowe’s,
                 POB 41067,   Norfolk VA 23541
514075115       EDI: PRA.COM Jun 08 2018 02:18:00     Portfolio Recovery Associates, LLC,   c/o Old Navy,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-1           User: admin              Page 2 of 2                  Date Rcvd: Jun 07, 2018
                               Form ID: 3180W           Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
513813727        EDI: Q3G.COM Jun 08 2018 02:19:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
513824711       +E-mail/Text: bncmail@w-legal.com Jun 07 2018 22:45:40      TD BANK USA, N.A.,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513763641       +EDI: WTRRNBANK.COM Jun 08 2018 02:18:00      Target National Bank,   Po Box 673,
                 Minneapolis, MN 55440-0673
513763642        EDI: CITICORP.COM Jun 08 2018 02:18:00      The Home Depot/CBSD,    Po Box 6497,
                 Sioux Falls, SD  57117-6497
513763643       +EDI: WFFC.COM Jun 08 2018 02:18:00      Wells Fargo,    PO Box 14517,   Des Moines, IA 50306-3517
513816796        EDI: WFFC.COM Jun 08 2018 02:18:00      Wells Fargo Bank, N.A.,,
                 dba Wells Fargo Dealer Services,    P.O. Box 19657,    Irvine, CA 92623-9657
513824794       +EDI: WFFC.COM Jun 08 2018 02:18:00      Wells Fargo Bank, N.A./Wells Fargo Dealer Services,
                 f/k/a Wachovia Dealer Services, Inc.,    1451 Thomas Langston Road,
                 Winterville, NC 28590-8872
513887804        EDI: ECAST.COM Jun 08 2018 02:18:00       eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262,    eCAST Settlement Corporation,    POB 29262,   New York NY 10087-9262
513887803        EDI: ECAST.COM Jun 08 2018 02:18:00       eCAST Settlement Corporation,    POB 29262,
                 New York NY 10087-9262
                                                                                               TOTAL: 42

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Wenzel    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Miriam  Rosenblatt    on behalf of Loss Mitigation    Green Tree Servicing, LLC bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Seymour  Wasserstrum    on behalf of Joint Debtor Gena M Mora mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour  Wasserstrum    on behalf of Debtor Freddie  Mora mylawyer7@aol.com,    ecf@seymourlaw.net
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. mortoncraigecf@gmail.com,    mortoncraigecf@gmail.com
                                                                                               TOTAL: 10
```